# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DODSON & HOOKS, APLC

VERSUS

THE LOUISIANA COMMUNITY
DEVELOPMENT CAPITAL FUND,
INC. (CAPFUND)

CONSOLIDATED WITH

THE LOUISIANA COMMUNITY
DEVELOPMENT CAPITAL FUND,
INC. (CAPFUND)

VERSUS

DODSON & HOOKS, APLC

NO.   2021 CW 1400

**FEBRUARY 17, 2022**

---

In Re:   Dodson & Hooks, APLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 642,674 c/w 652,673.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              VGW
                              AHP
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT